# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cassady, William E. | U.S.D.C. S.D. Alabama | 07/30/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
155 Saint Joseph Street
Rm. 350
Mobile, Alabama 36602

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Legislatgive Committee | Federal Magistrate Judges Association |
| 2. | Manager | Cassady Farms, LLC |
| 3. | Manager | Southbury Condo, LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassady, William E.** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Franklin/Templeton World Fund CL A (TEMWX) IRA | B | Dividend | | | Closed | 09/01/20 | M | B | See Note 2, Part VIII |
| 2.   Franklin Income Fund CL A (FKINX) | D | Dividend | | | Closed | 09/01/20 | M | A | See Note 2, Part VIII |
| 3.   The Southern Company - DSPP-COMMON STOCK | B | Dividend | K | T | | | | | |
| 4.   Vanguard Mutual Funds IRA | | | | | | | | | |
| 5.   - Balanced Index Fund Admiral Shares (VBIAX) | C | Dividend | M | T | | | | | See Note 3, Part VIII |
| 6.   - STAR Investor CL (VGSTX) | B | Dividend | M | T | | | | | See Note 4, Part VIII |
| 7.   Vanguard Mutual Funds (non-IRA) | | | | | | | | | |
| 8.   -Vanguard Balanced Index Fund Admiral Shares (VBIAX) | B | Dividend | M | T | | | | | |
| 9.   -Short Term Tax-Exempt Inv 0041 (VWSTX) | A | Dividend | | | Sold | 07/02/20 | K | A | |
| 10.   -Wellesley Income Fund Adm (VWIAX) | B | Dividend | M | T | Buy | 07/02/20 | K | | |
| 11.   Rental Property - Jefferson Co., B'ham, AL (Southbury, LLC) | D | Rent | L | W | | | | | |
| 12.   Butler Co, AL land (Apr. 4/14/10) (Cassady Farms, LLC) | A | Rent | N | Q | | | | | |
| 13.   House & lot, Greenville, Butler Co.,AL (Apr. 4/4/10)(Cassady Farms) | D | Rent | K | Q | | | | | |
| 14.   Town & Country National Bank | | | | | | | | | |
| 15.   -Common Stock | E | Dividend | N | U | | | | | |
| 16.   -Savings Account | A | Interest | K | T | | | | | |
| 17.   Participating Units - Cassady Farms, LLC | D | Distribution | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassady, William E.** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Participating Units - Jefferson Co., AL Southbury Condo, LLC | D | Rent | L | W | | | | | |
| 19. | Brokerage Account #1 | | | | | | | | | |
| 20. | - Bank Deposit Sweep Account-Wells Fargo Advisors, LLC | A | Interest | J | T | | | | | |
| 21. | -STOCKS | | | | | | | | | |
| 22. | --Royal Dutch Shell PLC ADR CL A RDS/A | A | Dividend | J | T | | | | | |
| 23. | --UBS Group AG UBS | A | Dividend | | | Sold | 02/12/20 | J | A | |
| 24. | -OPEN END MUTUAL FUNDS | | | | | | | | | |
| 25. | --Baird Funds Inc Inter Mun Bond Fund Instl CL 1 (BMBIX) | A | Dividend | K | T | | | | | |
| 26. | --Nuveen Mun Trust Inter Duration Mun Bd Fd CL I (NUVBX) | A | Dividend | K | T | | | | | |
| 27. | --T Rowe Price Summit Mun Fds Inc - Mun Inter Fd (PRSMX) | A | Dividend | K | T | | | | | |
| 28. | --T Rowe Price Tax Free Shrt Intermediate Fund (PRFSX) | A | Dividend | K | T | | | | | |
| 29. | --T Rowe Price Summit Mun FDS INC Mun INC FD (PRINX) | A | Dividend | J | T | | | | | |
| 30. | --Thornburg Invt Tr Ltd Ter Mun Fd Cl 1 (LTMIX) | A | Dividend | K | T | | | | | |
| 31. | --American Europacific Growth FU CL F2 (AEPFX) | A | Dividend | J | T | | | | | |
| 32. | --GOLDMAN SACHS TR FINL Square Treas Instrs FD Inst CL (FTIXX) | | | | | Sold<br>(part) | 07/10/20 | J | A | |
| 33. | | A | Dividend | | | Sold | 10/09/20 | J | A | |
| 34. | --MFS SER TR III MUNICIPAL HIGH INCOME FD CL I (MMIIX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassady, William E.** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --MFS Ser Tr I Value Fd Cl I (MEIIX) | A | Dividend | J | T | | | | | |
| 36.  --MFS Ser Tr X Emerging Mkts Debt Fd Class I (MEDIX) | A | Dividend | J | T | | | | | |
| 37.  --Principal FDS Inc Midcap Fund Instl Class (PCBIX) | A | Dividend | J | T | | | | | |
| 38.  --Invesco Intl Bond Fund Cl A (OIBAX) | A | Dividend | J | T | | | | | See Note 5, Part VIII |
| 39.  -EQUITY TRUSTS | | | | | | | | | |
| 40.  --First Trust Strategic Dividend Select Port Series 33 R | A | Dividend | | | Redeemed | 06/17/20 | J | A | |
| 41.  --First Trust Tax Advantage Mun C/E Portfolio Ser 55 | B | Dividend | | | Redeemed | 12/21/20 | J | A | |
| 42.  --First Trust Municipal Income Clsd-End Port Ser 73 Rein | B | Dividend | L | T | | | | | |
| 43.  --First Trust Municipal Income Closed End Portfolio Ser 74 R | A | Dividend | J | T | | | | | |
| 44.  --First Trust Municipal Incm Slct CE Port Ser 102 Reinvest | A | Dividend | K | T | | | | | |
| 45.  --First Trust Muni Incm Slct Closed End Port Ser 103 Reinv | A | Dividend | J | T | | | | | |
| 46.  --Guggenheim Balanced Income Builder Port Ser 29 Reinv | A | Dividend | K | T | | | | | |
| 47.  --First Trust Tax-Advantage Municipal C/E Port. Ser 59 R | A | Dividend | K | T | Buy | 06/24/20 | K | | |
| 48.  --First Trust Muni Income Select C-E Port. Series 110 R | A | Dividend | J | T | Buy | 02/12/20 | J | | |
| 49.  --First Trust Tax Advantaged Municipal Clsd End Port Ser 61 R | A | Dividend | K | T | Buy | 12/21/20 | K | | |
| 50.  -CLOSED END MUTUAL FUNDS | | | | | | | | | |
| 51.  --Liberty All-Star Equity Fund (USA) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | -VARIABLE ANNUITIES | | | | | | | | | |
| 53. | --Jackson Natl Life Ins Co Perspective II 04/14 Variable Annuity | A | Dividend | M | T | | | | | |
| 54. | BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 55. | - Bank Deposit Sweep Account-Wells Fargo Advisors, LLC | A | Interest | J | T | | | | | |
| 56. | -Mutual Funds | | | | | | | | | |
| 57. | --Franklin Income Fund Class A1 (FKINX) | | | | | Open | 09/03/20 | M | | |
| 58. | | D | Dividend | | | Sold | 11/12/20 | M | A | |
| 59. | --Blackrock FDS MID CAP Growth Port Instl CL (CMGIX) | B | Dividend | K | T | Buy | 11/16/20 | K | | |
| 60. | --Columbia Dividend Income Fund Instl (GSFTX) | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 61. | --Morgan Stanley Insight Fund CL I (CPODX) | B | Dividend | K | T | Buy | 11/16/20 | K | | |
| 62. | | | | | | Sold<br>(part) | 11/19/20 | K | A | |
| 63. | --Hartford Funds Municipal Opportunities Fund I (HHMIX) | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 64. | --Hartford Mut FDS INC Core Equity FD CL 1 (HGIIX) | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 65. | --Loomis Sayles Invt Tr US Govt Sec Fund CL 1 (LSGSX) | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 66. | --Morgan Stanley Instl Fd Inc Intl Oppty Port CL 1 (MIOIX) | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 67. | --Nuveen All-American Municipal Bd Fd Instl SHS CL (FAARX) | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 68. | Nuveen Mun TR High Yield Mun Bd Fd Instl SHS CL (NHMRX) | A | Dividend | J | T | Buy | 11/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. --Pimco Fds Income Fd Instls CL (PIMIX) | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 70. --Western Asset Fds Inc Core Bd FD Instl Cl (WATFX) | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 71. -EQUITY TRUSTS | | | | | | | | | |
| 72. --First Trust Defensive Equity Port Series 55 Reinv | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 73. --First Tr Portfolios LP Tax-Advantaged Muni C/E Port Ser 60 Reinv | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 74. BROCKERAGE ACCOUNT #3 Trad. IRA | | | | | | | | | |
| 75. -Bank Deposit Sweep Account-Wells Fargo Advisors, LLC | A | Dividend | J | T | | | | | |
| 76. -Mutual Funds | | | | | | | | | |
| 77. --Templeton FDS Inc World Fd CL A (TEMWX) | A | Dividend | | | Open | 09/03/20 | M | | |
| 78. | | | | | Sold | 11/12/20 | M | A | |
| 79. --Blackrock Fds Mid Cap Growth Port Instl CL (CMGIX) | B | Dividend | K | T | Buy | 11/16/20 | K | | |
| 80. --Columbia Dividend Income FD Instl (GSFTX) | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 81. --Morgan Stanley Insight FD CL 1 (CPODX) | B | Dividend | K | T | Buy | 11/16/20 | K | | |
| 82. --Hartford Mut Fds Inc Core Equity Fd CL1 (HGIIX) | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 83. --LOOMIS SAYLES INVT TR US GOVT SEC FUND CL 1 | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 84. --Morgan Stanley Instl Fd Inc Intl Oppty Port Cl 1 (MIOIX) | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 85. | | | | | Sold (part) | 11/19/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassady, William E.** | 07/30/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. --Pimco Fds Income Fd Insgtl Cl (PIMIX) | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 87. --Western Asset Fds Inc Core Bd FD Instl CL (WATFX) | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 88. -EQUITY TRUST | | | | | | | | | |
| 89. --First Trust Limited Dur Fixed Income ETF Port Ser 37 Reinv | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 90. --First Trust Defensive Equity Port Series 55 Reinv | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 91. | | | | | | | | | |
| 92. The Ohio National Life Ins. Co. Annuity - Fixed Rate | B | Distribution | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassady, William E.** | 07/30/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - Part II, Lines 4-5.  My positions with the Federal Magistrate Judges Association have been reduced to only the Legislative Committee.

Note 2, Part VII, Lines 1-2.  The Franklin Templeton accounts were transferred from my financial advisor (deceased) to a new brokerage account with Wells Fargo on 9/1/20.  Compare lines 1-2 with  lines 56-92.  These investiments are now listed under headings:  Brokerage Account #2 (Line 54) and Brokerage Account #3 (Line 74).

Note 3, Part VII, Line 5.  The name of this fund was changed from Balanced Index Fund to Vanguard Balanced Index Fund Admiral Shares during 2020.

Note 4, Part VII, Line 6.  On June 26, 2020 these funds were transferred from the STAR Fund to the Vanguard Star Investor CL.  The name of the fund changed but the symbol, VGSTX, remained the same.

Note 5, Part VII, Line 40.  The name of the fund was changed to Invesco International Bond Fund Class A but the symbol remains the same, OIBAX.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ William E. Cassady**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544